IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHILPABEN PATEL, *et al.*, | : |
| Plaintiffs, | : Case No. 7:25-cv-34-WLS |
| v. | : |
| DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | : |
| Defendant. | : |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

On March 24, 2025, Plaintiffs filed their Complaint in this matter. ECF No. 1. Based on the date that Defendant was served, the deadline for Defendant to respond to the Complaint is June 2, 2025.

The parties now file this stipulation pursuant to Middle District of Georgia Local Rule 6.1 advising the Court that both Plaintiffs and Defendant consent and agree that the date for Defendant's response to the Complaint shall be extended to July 2, 2025.

(signatures on next page)

Respectfully submitted this 2nd day of June, 2025.

        C. SHANELLE BOOKER
        ACTING UNITED STATES ATTORNEY

BY: *s/ Roger C. Grantham, Jr.*
   ROGER C. GRANTHAM, JR.
   Assistant United States Attorney
   Georgia Bar No. 860338
   United States Attorney's Office
   Middle District of Georgia
   P. O. Box 2568
   Columbus, Georgia 31902
   Phone: (706) 649-7728
   Email: roger.grantham@usdoj.gov

*Counsel for Defendant*

BY: *s/Bradley B. Banias*
   BRADLEY B. BANIAS
   Banias Law, LLC
   602 Rutledge Ave
   Charleston, SC 29403
   Phone: (843) 352-4272
   brad@baniaslaw.com

*Pro Hac Vice Counsel for Plaintiffs*

SO ORDERED this 3rd day of June, 2025, Nunc Pro Tunc 6/2/25.

*/s/ W. Louis Sands*
W. Louis Sands, Sr. Judge
United States District Court