IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHILPABEN PATEL, *et al.*, | : |
| Plaintiffs, | : |
| v. | :   CASE NO: |
| DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | :   7:25-cv-34–WLS |
| Defendant. | : |

## ORDER

Presently before the Court is the Parties' Joint Stipulation of Dismissal (Doc. 11) ("Stipulation") filed July 1, 2025. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs agree to dismiss this action pursuant to the terms set forth in the Stipulation.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Stipulation. The above action is **DISMISSED** pursuant to the terms set forth in the Stipulation, including that the Parties shall bear their own fees and costs. (Doc. ¶ 11).

**SO ORDERED**, this 2nd day of July 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1