IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHILPABEN PATEL, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:25-cv-34 (WLS) |
| | * |
| DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | * |
| Defendant. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 2, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk